PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED
2006 DEC -4 A 8:00
DISTRICT COURT

# United States District Court

FOR THE

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

MIGUEL FERNANDEZ

Crim #:  3:01CR101(JCH)

Re: **Early Termination of Supervision**

On **February 27, 2003** the above named was placed on **PROBATION** for a period of **five** years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Keith P. Barry
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 1st day of Dec. 2006

The Honorable Janet C. Hall
United States District Court Judge